UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BRYANT,

    Petitioner,   Civil No. 05-70497-DT
                            HONORABLE GEORGE CARAM STEEH
v.   UNITED STATES DISTRICT JUDGE

CAROL HOWES,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the court on a Petition for Writ of Habeas Corpus, and in accordance with the Opinion and Order entered on October 3, 2005,

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 3rd day of October, 2005.

                                                 s/George Caram Steeh
                                                 GEORGE CARAM STEEH
                                                 UNITED STATES DISTRICT JUDGE

Dated:  October 3, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on October 3, 2005, by electronic and/or ordinary mail.

                                            s/Josephine Chaffee
                                            Secretary/Deputy Clerk